IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ROBERTO ALVAREZ SANCHEZ,**

    Applicant,

v.                                              No. CV 12-72 JB/SMV

**UNITED STATES OF AMERICA,**

    Respondent.

## ORDER TO CURE DEFICIENCY

Applicant submitted an application for writ of habeas corpus. The Court determines that Applicant's filings are deficient; specifically, the $5.00 filing fee has not been paid and Applicant has not filed an application to proceed *in forma pauperis*. Failure to cure the designated deficiencies within thirty days from entry of this order may result in dismissal of this proceeding without further notice.

IT IS THEREFORE ORDERED that Applicant cure the deficiencies designated above within thirty days from entry of this order. Any papers that Applicant files in response to this order must include the civil cause number (CV 12-72 JB/SMV) of this case;

IT IS FURTHER ORDERED that the Clerk of the Court is directed to mail to Applicant, together with a copy of this order, two copies of an application to proceed *in forma pauperis*.

                                                          STEPHAN M. VIDMAR
                                                          United States Magistrate Judge